[Dtrnaap] [District Transittal of Notice of Appeal – AP]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:19−bk−04795−JAF

Chapter 7

Jennifer L. Ransdell

_____Debtor(s)*_____/

Jennifer L. Ransdell

           Plaintiff(s)*

vs.  Adv. Pro. No. 3:19−ap−00188−JAF

Internal Revenue Service of the Department of the Treasury of the
United States of America

_____Defendant(s)*_____/

TRANSMITTAL OF NOTICE OF APPEAL TO DISTRICT COURT

   This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in this adversary proceeding.

   Notice of Appeal filed by Internal Revenue Service of the Department of the Treasury of the United States of America on April 9, 2021 (Doc. No. 49).

   Title of the order appealed is the Judgment in Favor of Plaintiff (Doc. No. 46) entered on April 1, 2021.

   The party or parties included in the appeal to District Court are:

   APPELLANT: Internal Revenue Service of the Department of the Treasury of the United States of America, 1500 Pennsylvania Ave., NW Washington, DC 20220

       ATTORNEY: Christopher J Coulson, United States Department of Justice Post Office Box 14198 Washington, DC 20044

   APPELLEE: Jennifer L. Ransdell ,1111 1st Street North Jacksonville Beach, FL 32250

       ATTORNEY: Jason A Burgess, The Law Offices of Jason A. Burgess, LLC 1855 Mayport Road Atlantic Beach, FL 32233

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8003 are:

  *Notice of Appeal

The debtor's county of residence is Duval County, Florida.

    DATED on April 12, 2021

                                      FOR THE COURT
                                      Sheryl L. Loesch , Clerk of Court
                                      300 North Hogan Street Suite 3−150
                                      Jacksonville, FL 32202

    *All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
    *All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.