UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: Jennifer L. Ransdell,

    Debtor.

Bankr. No. 3:19-bk-4795-JAF
Adv. Proc. No. 3:19-ap-188-JAF

_____

INTERNAL REVENUE SERVICE OF
THE DEPARTMENT OF THE
TREASURY OF THE UNITED STATES
OF AMERICA,

    Appellant,

v.

Case No. 3:21-cv-407-TJC

JENNIFER L. RANSDELL,

    Appellee.

_____

## **O R D E R**

    This bankruptcy appeal is before the Court following the timely appeal by appellant the Internal Revenue Service of the United States Bankruptcy Court's April 1, 2021 Judgment in favor of plaintiff, Jennifer L. Ransdell, and against the IRS, adjudging that Ms. Ransdell's unpaid 2012, 2013, and 2014 federal income taxes were not excepted from her bankruptcy discharge pursuant to 11 U.S.C. § 523(a)(1)(C) and were discharged by her March 25, 2020 discharge. The parties filed briefs in support of their respective positions.

Docs. 6, 7, 8.

The Court is sitting in an appellate capacity. It therefore reviews the bankruptcy court's legal conclusions de novo and its factual findings for clear error. See, e.g., In re Yerian, 927 F.3d 122, 127 (11th Cir. 2019) (citation and quotation omitted).

Applying these standards, and upon careful consideration of the briefs and record on appeal, the Court concludes the bankruptcy court committed no errors of law and made no clearly erroneous factual findings. The parties agree on the legal standard that governed these proceedings. Their essential dispute is whether the bankruptcy court made a clearly erroneous factual finding when it determined that Ms. Ransdell's conduct did not evidence an attempt to evade or avoid taxes, an issue on which the IRS bore the burden of proof at trial. The bankruptcy judge listened to Ms. Ransdell's testimony at trial (Doc. 2-63) and had the opportunity to judge her credibility. In its Findings of Fact and Conclusions of Law, the bankruptcy court stated that while it was a "very close call," when compared to the facts of "dozens of other cases" the court reviewed, it did not find Ms. Ransdell's conduct met the required standard. (Doc. 2-3 at 9). Having reviewed the law, the trial transcript and the rest of the record, the bankruptcy court's Findings of Fact and Conclusions of Law, and the parties' briefs, the Court discerns no clear error with this finding.

Accordingly, it is hereby

**ORDERED**:

The United States Bankruptcy Court's Judgment in favor of plaintiff, Jennifer L. Ransdell, and against defendant, Internal Revenue Service of the Department of the Treasury of the United States of America (Doc. 2-2) is **AFFIRMED**.  The Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 1st day of February, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Jerry A. Funk
United States Bankruptcy Judge

Counsel of record